IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Christopher Shane Phillips, #277082, | Civil Action No.: 8:08-353-HFF-BHH |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION** |
| Warden McCormich C.I.; Officer Brown; Officer Reed; Officer Moss, | **OF MAGISTRATE JUDGE** |
| Defendants. | |

The plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On May 28, 2008, the defendants filed a motion for summary judgment. On May 30, 2008, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. Despite this explanation, the plaintiff elected not to respond to the motion.

As the plaintiff is proceeding *pro se*, the court filed a second order on July 8, 2008, giving the plaintiff through July 31, 2008, to file his response to the motion for summary judgment. The plaintiff was specifically advised that if he failed to respond, this action would be dismissed for failure to prosecute.

The plaintiff filed a motion for extension of time on July 23, 2008, and an extension was granted giving the plaintiff until September 2, 2008 to respond to the motion for summary judgment. Again, the plaintiff did not to respond.

Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed *with prejudice* for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v.*

*Lopez*, 669 F.2d 919, 920 (4th Cir.1982).  *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989).

                                                s/Bruce H.  Hendricks
                                                United States Magistrate Judge

September 9, 2008

Greenville, South Carolina Carolina